199 So. 910

**Sidney HENDERSON v. STATE.**

**6 Div. 683.**

Court of Appeals of Alabama.
Dec. 17, 1940.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed.

195 So. 908

**Mamie HENRY v. STATE.**

**4 Div. 575.**

Court of Appeals of Alabama.
April 16, 1940.

Thos. S. Lawson, Atty. Gen., for the State.

SIMPSON, Judge.
Appeal dismissed.

196 So. 903

**Fred HENSON v. STATE.**

**7 Div. 507.**

Court of Appeals of Alabama.
June 4, 1940.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed.

192 So. 914

**Lester HILL v. CITY OF TUSCALOOSA.**

**6 Div. 582.**

Court of Appeals of Alabama.
Dec. 1, 1939.

PER CURIAM.
Appeal dismissed for want of prosecution.

197 So. 902

**J. O. HOBBS v. Z. D. BROCK.**

**8 Div. 980.**

Court of Appeals of Alabama.
June 11, 1940.

Thos. S. Woodroof, of Athens, for appellee.

SIMPSON, Judge.
Appeal dismissed by agreement.

199 So. 911

**Sylvester (alias Beck) HOBDY v. STATE.**

**4 Div. 643.**

Court of Appeals of Alabama.
Nov. 26, 1940.

Fleming & Paul, of Elba, for appellant.

Thos. S. Lawson, Atty. Gen., for the State.

SIMPSON, Judge.
Affirmed.